Arthur J. Delaney, *Appellant, v.* The Trustees of St. Patrick's Cathedral in the City of New York, *Respondent.* — Order affirmed on opinion of Barrett, J.

The Emigrant Industrial Savings Bank, *Respondent, v.* Thomas J. Clute, *Appellant, Impleaded, etc.* — Order affirmed, with ten dollars costs and disbursements.